No. 680. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RO-DRÍGUEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of Humacao in an action for desertion of minors. Decided May 22, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 1156. ULMAN, PLAINTIFF AND RESPONDENT, *v.* VALDÉS, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in an action for damages. Motion by the respondent for dismissal of the appeal for failure to file a transcript of the record. Decided May 27, 1914. Appeal dismissed. *Mr. E. B. Wilcox* for the respondent. *Messrs. Travieso & Iriarte* for the appellant.

---

No. 1137. SUCCESSORS OF JOSÉ MARTÍNEZ, PLAINTIFFS AND RESPONDENTS, *v.* TOMÁS DÁVILA & CO., DEFENDANTS AND AP-LANTS.—Appeal from the District Court of San Juan, Section 2, from an order granting a new trial in an action of debt. Motions by both parties for leave to amend the transcript of the record. Decided June 1, 1914. Motions denied without prejudice to the filing by the parties of an amended transcript of the record. *Messrs. Bosch & Soto* for the respondents. *Mr. Cayetano Coll y Cuchí* for the appellants.

---

No. 1159. GUTIÉRREZ ET AL., PLAINTIFFS AND APPELLANTS, *v.* FOIX ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Humacao in a case of intervention in ownership of real property. Motion by the appellants for leave to withdraw the appeal. Decided June 2, 1914. Motion sustained. *Mr. Antonio J. Amadeo* for the appellants. *Mr. Francisco González* for the respondents.